**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01103-CV

### NATIONSBUILDERS INSURANCE SERVICES, INC., Appellant

### V.

### HOUSTON INTERNATIONAL INSURANCE GROUP, LTD., ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-06111-G**

## ORDER

On July 17, 2013, appellees filed their motion for extension of time to file motion for rehearing and motion for en banc reconsideration. On July 19, 2013, appellees filed notice of withdrawal of appellees' motion for extension of time to file motion for rehearing and motion for en banc reconsideration stating, "After considering their options, Appellees have decided not to pursue a motion for rehearing or en banc reconsideration." Accordingly, in light of appellees' notice of withdrawal of the motion, we **DENY AS MOOT** appellees' motion for extension of time to file motion for rehearing and motion for en banc reconsideration.

/s/    LANA MYERS
       JUSTICE